# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**CIVIL RIGHTS COMPLAINT PURSUANT TO:**
**42 U.S.C. Sec. 1983**
**42 U.S.C. Sec. 1985**
**42 U.S.C. Sec. 1986**

Civil Action No. *1:17-cy-1378*
Judges Initials: *MAD/DJS*
J. Magistrate Ini.: _____
**Jury Trial Demanded by Plaintiff**

## COMPLAINT

**WARREN L. PARÉ**
           **PLAINTIFF PRO-SÉ**
**V.**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 2 1 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

| | |
|---|---|
| GLENS FALLS POST STAR | DEFENDANTS |
| DONALD LEHMAN, REPORTER | " |
| BOB CONDON, EDITOR | " |
| JORDAN PARÉ | " |
| BRIAN BLAKE | " |
| FBI | " |
| GLENS FALLS POLICE DEPARTMENT | " |
| GLEN FALLS HOSPITAL | " |
| DR. MICHAEL PERLMAN | " |

## Complaint

**Paragraphs this page 1-7**

1.) The Albany New York U.S. District Court Northern District has jurisdiction over my Plaintiff's Complaint for unlawful violations of my Civil Rights under U.S. Code 42 sec. 82, U.S. Code 42 Sec. 83, U.S. Code 42 Sec. 85. These violations include my being detained in a Mental Health Facility unlawfully and against my wishes, interfering with my right to benefit financially from my personal/intellectual property and Real Estate property, and for Law Enforcement Agencies failing to follow the United States Constitution, Federal, State, and local laws to protect my safety and well being that I am entitled to as a citizen of the United States and thereby allowing the ongoing Civil Conspiracy activity that is putting me at risk daily and therefore dramatically affecting my quality of life. **I hereby respectfully request my Complaint be heard by a Jury!**

2.) The U.S. District Court's Northern District is the proper Venue because the majority of the Defendants addresses are within the State of New York's Counties of the Northern District.

3.) GLENS FALLS POST STAR
Lawrence & Cooper Streets
Glens Falls, NY 12801          Defendant

4.) DONALD LEHMAN, REPORTER
Lawrence & Cooper Streets
Glen Falls, NY 12801          Defendant

5.) BOB CONDON, EDITOR
Lawrence & Cooper Streets
Glen Falls, NY 12801          Defendant

6.) JORDAN R. PARÉ
311 Nelson Street
Saratoga Springs, NY 12866          Defendant

7.) BRIAN BLAKE
76 ½ Catherine Street
Saratoga Springs, NY 12866-1724   Defendant

2

**Paragraphs this page 8-11**

8.) FBI
    935 Pennsylvania Avenue, NW
    Washington, D.C.  20535-0001          Defendant

9.) GLENS FALLS POLICE DEPARTMENT
    c/o City Of Glens Falls Law Department
    42 Ridge Street
    Glens Falls, NY 12801                 Defendant

10.) GLENS FALLS HOSPITAL                 Defendant
     100 Park Street
     Glens Falls, NY 12802

11.) Dr. Michael Perlman                  Defendant
     57 Gothic Street
     Northampton, MA 01060

**Paragraphs this page 12-14**

12. (Ref. Para. 3) GLENS FALLS POST STAR, Lawrence & Cooper Streets, Glens Falls, NY 12801.

On December12, 2014 I decided to stop into the newspapers Headquarters and discuss my design/

invention(Exhibits 1-7) which would have shut down the Gulf Of Mexico Horizon Oil Well within

several days. My invention was verified by experts of three companies, a U. S. Defense Contractor,

two sub-contractors(Exhibits 8-17), and an expert who was an aeronautical engineer and a Patent

Attorney.  As a result of the actions of the Glens Falls Post Star and its employees I was set up so

as to be incarcerated in a Mental Institution without just cause or medical need for twelve days of

torture including sustaining physical injuries to my face while protecting myself. My Civil Rights

under 42 U.S. Code sec. 1983 , 42 U.S. Code Sec. 1985 & 42 U.S. Code sec. 1986 were violated!

13. (Ref Para. 4) DONALD LEHMAN, REPORTER, c/o Glens Falls Post Star, Lawrence & Cooper St.

Glens Falls, NY 12801. Mr. Lehman was the reporter I first spoke to at the paper. I told him I was

there because it always bothered me that people died and the pollution went on for eighty two days

when it could have been stopped in very few days with my invention. I told him I had recently

been with the FBI to discuss other personal business but not the Gulf and I laid out my documents

which included a photo copy of the two Agents(one I met with in the Albany Headquarters) I had

met with business cards. Mr. Lehman used his phone to take pictures(see exhibits 1-7) of the

documents  and said he would have to speak with his Editor and likely have to call the F.B.I.. He

asked me to stop back in one hour and I agreed. I walked into a setup resulting in my Civil Rights

under 42 U.S. Code sec. 1983, 42 U.S. Code sec. 1985, & 42 U.S. Code sec. 1985 being violated!

14. (Ref. Para. 5)BOB CONDON, EDITOR, c/o Glens Falls Post Star, Lawrence & Cooper Streets,

Glens Falls, NY 12801. As Reporter Lehman requested I returned to the newspaper's office one

hour later and I was met by Mr. Lehman and his Editor Bob Condon. Mr. Condon said to me "We

cannot do the story at this time!". His answer did not take me by surprise given the circumstances

cont'd page 5

**Paragraph 15 cont'd – 16**

15. (Ref. Para. 5)(cont'd from p. 4) surrounding the Gulf Oil Well Disaster had long seemed to be part

of a cover-up. I said Thank You and walked towards the glass exit doors. As I reached the doors I

could see my son Jordan R. Paré and his co-worker/friend Brian Blake getting out of Jordan's car

approaching the building. When I got outside Jordan Paré was ordering me to get into his car but I

refused realizing something suspicious was going on. I had walked to the newspaper as the vehicle

I was driving that was on loan to me from Jordan Paré had been parked at the Glens Falls Hospital

overnight as I had been invited to sleep over Brian Blake's and I was told there was no room for an

extra vehicle. Clearly the F.B.I. set me up when The Post Star had called them as there was no

other way that Jordan Paré could have known where I was. This entrapment by the Glens Falls

Post Star, Donald Lehman, and Bob Condon led to my being held against my wishes in the Glens

Falls Hospital where I sustained injuries and was tortured for twelve days and made them willing

participants in the violations of my Civil Rights under 42 U.S. Code sec. 1983, 42 U.S. Code sec.

1985, & 42 U.S. Code sec. 1986.

16. (Ref. Para. 6) JORDAN PARÉ, 311 Nelson Street, Saratoga Sprngs, New York 12866. Jordan Paré

is my youngest son who I have been aware since January 4, 2012 that he was involved with

individuals that wanted to prevent me from owning five parcels of marital property Real Estate in

Chicopee, Massachusetts. On December 11, 2014 he invited me to stay overnight at his friend and

co-workers apartment in Glens Falls, New York so I would save a hotel expense. Once at the

apartment Jordan appeared to be nervous and admitted to going to his vehicle to take an anxiety

pill. At 29 and single with money his being that nervous made me concerned. On 12/12/2014

I awoke early and instead of walking to the Glen Falls Hospital where the vehicle Jordan loaned

me was parked I decided to go to the Glens Falls Post Star to discuss my Gulf Of Mexico Oil Spill

Solution. I shared information of two FBI Agents I had seen having to do with crimes I felt I

cont'd page 6

**Paragraphs 16 cont'd - 19**

17. (Ref. 6) (cont'd from p. 5) was a victim of. I had not discussed the Gulf with those Agents. I was

    asked to return to the paper in an one hour only to find that with the newspaper contacting the FBI

    they knew how to contact someone who contacted Jordan who showed up ordering me to leave

    with him and I refused. When I walked to the vehicle that was on loan to me from Jordan he had

    removed the key that was always left in the interior as we entered by code. I was in route to the bus

    station when I was intercepted by Police. I now have obtained evidence that Jordan was involved in

    a plan to have me hospitalized expecting I would be medicated and disqualified from representing

    myself in Civil Court Actions. Jordan Paré directly caused me to be needlessly incarcerated, and

    tortured, for twelve days. His actions have violated my Civil Rights under 42 U.S. Code sec. 1983,

    42 U.S Code sec. 1985, & 42 U.S. Code sec. 1986.

18. (Ref. Para. 7) Brian Blake, 76 1/2 Catherine Street, Saratoga Springs, New York 12866-1724. Brian

    Blake was Jordan R. Paré's partner in the plan to have me Hospitalized needlessly for twelve days.

    Without him it would not have been made possible. Brian Blake's actions violated my Civil Rights

    Under 42 U.S. Code Sec. 1983, U.S. Code sec. 1985, & 42 U.S. Code sec. 1986.

19. (Ref. Para. 8) FBI, 935 Pennsylvania Ave., Washington, D.C. 20535-0001. The FBI is responsible

    for my being needlessly incarcerated for twelve days, and tortured. I first went to the FBI in

    November of 2014 after having been threatened by a member of a Powerful Elected Office

    holding Chicopee Family, being repeatedly lied to by an elected member of the Family regarding

    my marital property real estate, I became aware that city property records where a fraud, bank

    fraud, and I was experiencing unethical treatment in the Court system in my Divorce Case. I was

    told by Agent Paul Ambrosia that I could tell people I was with the FBI if I felt safer. That was an

    illogical comment as it was law enforcement I was looking for not lip service. In October of 2014 I

    discovered that the five pieces of real estate in question where needed for a road to access fifty

cont'd page 7

6

**Paragraphs this page 20-21**

20. (ref. Para. 8) (cont'd from p.6) acres of real estate three miles from a new Public Airport. I

discovered this plan was finalized in 1965 and was directly related to the Construction of

Interstate I-391 and clearly the future of legalized Gambling coming to Massachusetts was a

major consideration. With this discovery I started to have occupied cars waiting on me outside my

residence. Then I started to realize I was being followed all the way to Manchester, NH, all around

Albany and Saratoga Springs, and around Northern Connecticut. I decided, with Agent Paul

Ambrosia's casual attitude, to stop into the Albany Headquarters where I spoke to Agent Matthew

Fontaine who also had a passive attitude. I suspected it might have something to do with my Gulf

Of Mexico Solution/Invention and that proved true with Jordan Paré showing up at the newspaper.

I have had many more experiences since to confirm that the FBI has targeted me by denying me

protection and allowing my adversaries a free pass on stealing everything I have ever owned and

allowing a number of attempts at getting me institutionalized so as to eliminate me from pursuing

JUSTICE. Going forward I will be filing Affidavits and Pleadings in support of my claims here

stated and detailing additional incidents. Through its actions the FBI has violated my Civil Rights

under 42 U.S. Code sec. 1983, 42 U.S. Code sec. 1985, & 42 U.S. Code sec. 1986.

21. (Ref. Para. 9) Glen Falls Police Department, c/o City of Glens Falls Law Department. Two Officers

of the Glens Falls Department stopped me on the street on December 12, 2014 asking me if I was

all right as they had received a call. I reported to the officers I was all right and on my way to the

bus stop due to my son Jordan sudden decision to deny me use of the vehicle he had loaned me.

They were satisfied I was fine and said I could leave when an Officer received a message to bring

me into the station. At the station a third officer interviewed me and decided I could leave. While I

was gathering my personal items a Sargent appeared in the doorway and said he had someone on

the line for me to speak to. It was my longtime Psychiatrist Dr. Michael Perlman. He asked how I

cont'd page 8

**Paragraphs 22-23**

22. (Ref. Para. 9) ( cont'd from p. 7) was doing and I said I was fine. He asked me if I was willing

to meet with him in the morning and I agreed to. The Sargent said I could leave but only if my

son Jordan picked me up. I objected stating Jordan Paré was the reason I was needlessly detained

but the Sargent insisted. Within minutes Jordan Paré arrived but he went elsewhere in the station

and approximately fifteen minutes later I was taken to Glens Falls Hospital against my wishes but

I decided cooperating was the wise thing to do. Four trained policeman had decided I was fine and

I could leave and even with my agreement to see Dr. Michael Perlman the next morning Jordan

Paré who had ulterior motives to have me hospitalized, with no legal authority, talked the Glen

Falls Police Department into taking me to the hospital where I was needlessly incarcerated for

twelve days, tortured, and I sustained bodily injury. I did not take any new medications, or receive

any therapy during my stay. I have not taken any new, or additional prescriptions, since December

24, 2014 and I have not been hospitalized since. The Glens Falls Police Department violated my

Civil Rights under 42 U.S. Code 1983, 42 U.S. Code sec. 1985, & 42 U.S Code sec. 1986..

23. (Ref. Para. 10) Glens Falls Hospital, 100 Park Street, Glens Falls, New York 12801.

This Hospital  kept me incarcerated for twelve days without just cause. Through my entire

confinement I did not take any new medications nor did I receive any therapy. From the moment

I arrived at this Hospital my Civil Rights began to be violated as the staff for six days tried to

force me to take new medications they prescribed. On December 17, 2014 the hospital staff tried

to physically force me to take these medications which resulted in my seriously injuring myself as

I sustained two facial wounds requiring stitches which I received in my unsanitary hospital room

instead of being brought to the Emergency room. When the word got out that I resisted to point of

being injured my assigned Nurse, whose name was David, quit without notice along with other

staff resulting in patients having to be taken off the ward due to under staffing. I also was denied

cont'd page 9

8

**Paragraph 24 cont'd - 25**

24. (Ref. Para. 10) (cont'd from p. 8) bottled water, and the kitchen was putting something in my food causing me chest pain after eating. I was confined to my room for not taking their medications, I was verbally abused, and various other intimidation techniques where used on me which included no communication as to when I would be released. Social worker Lorraine Taylor showed up on Monday December 15, 2014. I should have been released that day but she would not give me any forms instead stating I should take the prescribed medications. She excused herself saying she had another appointment and that she would return but she never did. I have no history throughout my lifetime of being violent yet I was the only person not allowed to have footwear which over the first eleven days caused me great pain walking with socks on the tile covered concrete floor. My Civil Rights under 42 U.S. Code sec. 1983, 42 U.S. Sec. Code 1985, & 42 U.S. Code sec. 1986 were violated.

25. (Ref. Para. 11) Dr. Michael Perlman, 57 Gothic Street, Northampton, Massachusetts. Dr. Perlman had been my Psychiatrist since June of 1995. At some point around the year 2000 he diagnosed me as having Bi-Polar Disorder and prescribed a dose of 900 mg. of Lithium a day which I take each and every day plus or minus thirty minutes from the day before as instructed. I do not exhibit, nor experience, any signs of mental illness. Dr Perlman has been keeping inaccurate medical records on me dating back years and up to my latest visit with him on September 11, 2017. By his doing so I am kept vulnerable to being incarcerated again exposing me to being disqualified from being a Pro-sé Litigant in my fight to regain valuable Real Estate I previously owned as well as seeking Justice through Court awards to compensate me for my financial losses, pain, and suffering. After my release from Glens Falls Hospital on December 24, 2014 I was required to visit Dr Perlman within one week. I had the mandatory meeting on December 30, 2014 and with that experience on all my visits with Dr. Perlman I brought a person I could trust for a witness. I had two visits in

cont'd on page 10

**Paragraphs this page 26 cont'd**

26. (Ref. Para. 11) (cont'd from p. 9) 2015, one mandatory and one seeking information for a Civil

Action. I had one required  visit in October of 2016, and one required twenty minute visit in 2017.

Even with so few visits Dr. Perlman continues to create false records as well as having lied to me

repeatedly and he has being unwillingly to provide me with answers that are relevant with his

having been my Psychiatrist. With my latest experiences with Dr. Perlman, combined with new

physical evidence, I recently gave him notice of my terminating our Patient / Doctor relationship

and informed him he would be getting served. The fact that Dr. Perlman was on the phone while I

was in the Glens Falls Police station in the late afternoon of December 12, 2014 is in itself proof

of his involvement in the plan to have me institutionalized. Through his willful actions Dr.

Perlman has violated my Civil Rights under 42 U. S. Code sec. 1983, 42 U.S. Code sec. 1985, &

42 U.S. Code sec. 1986.

## STATEMENT OF RELIEF SOUGHT.

**WHEREFORE,** I Plaintiff Pro-sé, Warren L. Paré, respectfully requests this Honorable Court:

A.    Allow me a Jury Trial by my Peers;

B.    That after I am allowed to expand my complaint by adding the names of defendants I wish
      to hold accountable for the losses I have suffered, and will continue to suffer throughout the
      rest of my life, and at the completion of theTrial I fully expect to win a Jury award for
      Compensatory Damages in the many millions of dollars.

C.    After a Jury award is decided on I will ask the Court to award me Punitive damages
      commensurate to the harm intentionally inflicted on me by the Defendants.
      I declare under penalty of perjury the forgoing is true and correct.

Dated: December 21, 2018                           Respectfully submitted,

                                                   Warren L. Paré, Pro-sé
                                                   P.O. Box 486(For Mail)
                                                   147 Bay State Road(Residence)
                                                   Chicopee, MA 01021
                                                   (413)777-5894
                                      10           warrenpare61@gmail.com

# BP eyes progress in capping well

**By TOM BREEN**
Associated Press

NEW ORLEANS – Under-promising with hopes of over-delivering, BP said Sunday that it is making progress on what could prove its most effective effort yet to contain the Gulf oil leak, but cautioned that the verdict could be several days away.

A new cap being placed atop the gusher is intended to provide a tight seal and might eventually allow the oil giant to capture all the crude leaking from the well for the first time since an April 20 oil rig explosion set off the environmental crisis. But several prior failed attempts to stop the leak have made BP PLC careful to keep expectations grounded.

"We're pleased with our progress," said BP senior vice president Kent Wells, who then hastened to add the operation was still expected to last up to six more days.

Asked during a conference call if the new cap and collection efforts would end the spilling of oil into the Gulf, Wells said only that BP will capture all the oil "at some point."

Wells said BP may have to bring another vessel back on-line and add additional collection capacity in order to stop the oil flow altogether.

Officials won't be satisfied the cap is working until they've run tests on whether it can withstand the tremendous pressure of oil pushing up from below the seafloor, Wells said.

"We've tried to work out as many of the bugs as we can. The challenge will come with something unexpected," he said.

The well has been gushing largely unchecked since an old, leaky cap was removed from the wellhead Saturday to make way for the new one. Between 88 million and 174 million gallons have already spilled into the Gulf, according

ment, fishing and tourism will haunt the region for a long time either way.

"At this point, there have been so many ups and downs, disappointments, that everybody down here is like, 'We'll believe it when we see it.'" said Keith Kennedy, a charter boat captain in Venice, La.

Robotic submarines finished removing a broken piece of pipe that was bolted around the leak around 3 a.m. Sunday. That paved the way for the installation of a pipe-like connector called a flange spool that will sit on top of the spewing well bore. The new cap would be mounted on top of that connector and have flexible pipes leading up to surface ships.

The work was being closely monitored at the White House, where President Barack Obama is being briefed multiple times a day, adviser David Axelrod said on ABC's "This Week."

"We have every reason to believe that this will work," he said.

The new cap will be aided in containing the leak by the arrival of the Helix Producer, a vessel that will be able to take in about 1 million gallons of crude per day by Tuesday after gradually ramping up. The Helix connected to flexible pipes from the well Friday, and crews have been running tests since then.

Like another vessel already operating, the Q4000, the Helix will take in oil through connections beneath the new seal. Once the new cap is affixed, two other vessels are to connect to it for their oil collection.

Ultimately, the four vessels collecting oil from the leak would have a rough capacity of about 2.5 million to 3.4 million gallons a day – enough to capture all the oil leaking, if federal estimates are right. Getting all the vessels on the task will take about two to three weeks.

the oil may have to leave and crude would spew again for days into the water.

If the new cap is a complete success in stopping the leak, that will be a first.

In May, BP tried to drop a four-story, 100-ton steel-and-concrete box on the leak, but abandoned it when it was encased by ice-like crystals. That was followed by a mile-long siphon tube designed to suck up oil escaping the leak. That, in turn, was scrapped after it managed to suck up only about 900,000 gallons after roughly a week of operation.

The most anticipated effort was the so-called "top kill," in which mud and cement were pumped down from above the leak. After about three days of the strategy, BP announced on May 29 it had failed.

Then came the cap that was removed Saturday. That device didn't force a perfect seal on the jagged pipe that was cut to make room for it, and the inexact fit meant that it was able to collect only 1 million gallons or so of oil a day.

The new, tighter cap is not intended to be the permanent fix to the problem.

Relief wells are being dug for the permanent fix, a "bottom kill" in which heavy drilling mud and cement are pumped in from below the

have said the wells are expected to be completed sometime around mid-August.

The new cap, or "Top Hat 10," weighs some 150,000 pounds. It is designed to fully seal the leak and provide connections for new vessels on the surface to collect oil. The cap has valves that can restrict the flow of oil and shut it in, if it can withstand the enormous pressure.

Former Sen. Bob Graham of Florida, co-chair of the national oil spill commission, said capping the spill would be a relief.

"But the problem is still going to be there to deal with the enormous amount of petroleum put in the Gulf of Mexico," he said during a stop at a local emergency operations center in the Florida Panhandle town of Southport.

Crews are working to skim oil from the Gulf's surface and remove it from the coast, but the job is enormous. People on shore who depend on the Gulf for their livelihood are paying attention to the latest effort but wonder if the damage already done by the spill is too much.

Trey Riviere, 42, who owns a fishing lodge in Myrtle Grove, La., said that even if BP is successful, he fears the aftermath could last for years.



Associated Press

In this image taken from video provided by BP PLC, the transition spool, top half in yellow, which goes into the wellhead before the new containment cap is placed on top, is maneuvered into the leaking wellhead, bottom, at the site of the Deepwater Horizon oil spill in the Gulf of Mexico on Sunday.

**Bom**

**socc**

**in U**

By .
Ne

KAMPA
least three
Sunday in
tack on I
World Cup
ing the tel
door proje
normally
turning a
cheering i
and panic.

The pol
people we
some fore
ed that th
rise.

The bor
p.m. local
of the ma
and the
way in So
popular E
taurant a
field in a
neighborh
than 100
to watch t

Uganda
said they
Shabab,
group in
might hav
bombings

Outside
taurant th
outdoor c
known as
lage, sold
watched s
cue crews
and the
wreckage.
bomb app
placed un
where a g
including
had been s

At lea
killed in t
were un
that at le
expatriate
wounded.

Across
field wh
gone to w
final on



To Scott Houle for questions call Bill at 413 736-18__
978-343-9925
A Flange for the main Valve.

fax to 413 736-4602

I heard on CNN the PSI originally was 2500 to 5000.

A flange to a gate value.

8" ID

8" ID

A Flange to accept a gate valve.

approx 28" PIPE I.D.

8" ID

8" ID

The stack height is dependent on your determination. The case being the same for the rest of the unit.

Shear Cut

APPROX 8 total)
DRAW DOWN LOCATION

Sealant injection point

(8 APPROX 8 TOTAL) DRAW DOWN LOCATI

collar height

Four angle cuts.

Fluid extraction point

fluid extraction point

Injection point

Ledge to rest a split circle collar on.

Ledge to rest a split circle collar on.

SPLIT for a apiece lower section.

EXHIBIT   3



**U.S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF INVESTIGATION

**Matthew G. Fontaine**
Special Agent
Albany Division

200 McCarty Avenue
Albany, NY 12209

Telephone:         (518) 431-4838
Fax:                   (518) 431-7463
E-mail:  matthew.fontaine@ic.fbi.gov



**U.S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF INVESTIGATION

**Patrick S. Carnahan**
Special Agent
Boston Division

Springfield Resident Agency
1441 Main Street, 8th Floor
Springfield, MA 01103
413-205-1722

Telephone:         (413) 732-0189
Fax:                   (413) 205-1770
E-mail: patrick.carnahan@ic.fbi.gov



**HOLLAND & BONZAGNI, P.C.**
**Registered Patent Attorneys**

Longmeadow Professional Park/171 Dwight Road
Longmeadow, MA 01106

Holland & Bonzagni
INTELLECTUAL PROPERTY ATTORNEYS

Donald S. Holland, Esq.
dsh@hblaw.org

171 Dwight Road
Longmeadow, MA
01106-1700
413.567.2076
www.hblaw.org

02 1P                    $ 000.32¢
0004182689   FEB 06 2012
MAILED FROM ZIP CODE 01106

Warren L. Pare
66 View Street
Chicopee, MA  01020



FULL SERVICE
INTELLECTUAL
PROPERTY
LAW FIRM
www.hblaw.org





## CONFIRMATION NOTICE
### Appointment Date & Time
#### Thursday, February 16, 2012 @ 2:00 p.m.

...ease note that there is a separate fee for the initial conference, payable that ...y, unless previous arrangements have been made.

...RECTIONS:

...1 Northbound - Exit 49, right off ramp; continue on Rte. 5 (3.2 miles) and ...e right (at a set of lights) onto Converse St.; take left onto Dwight Rd.

...1 Southbound - Exit 1, take left onto Converse St. (third set of lights); left onto ...ight Rd.

...ass Pike (I-90) - Exit 6, west on Rte. 291, follow signs to I-91 (South/Hartford); ...llow directions I-91 Southbound.

EXHIBIT   5

**Subj:**   **Horizon Call Center**
**Date:**   5/18/2010 3:21:07 P.M. Eastern Daylight Time
**From:**
**To:**

William Unknown,

Thank you for your inquiry. We appreciate your concern and willingness to help. Please complete the form attached to this email with as much detail as possible, and return it to the email address below.

Horizonsupport@oegllc.com

This will allow us to quickly and accurately collect your information so that we can forward it to the appropriate technical reviewer. Once your information has been analyzed, we will contact you with the result of the review. Please note we are receiving thousands of potential solutions from the public and it may take some time for us to get back with you. We are currently implementing multiple tactics to both control the source of the leak and the resulting spill. Once you return this form, you do not need to contact us again. Please ensure the subject line of your email clearly communicates the solution you are proposing - either source or spill control.
Note: To view the attached form you may need to install Adobe Reader. Please download it from the Adobe website at http://get.adobe.com/reader/

Thank you!

The Horizon Support Team

EXHIBIT   6

# Horizon Ideas / Alternative Response Technology / Proposes Solution Information Sheet

## Contact Information:

| | | |
|---|---|---|
| First Name: | Last Name: | Date/Time Field: |
| City: | State: | Zip Code: |
| Phone Number: | Cell Number: | email: |

## Brief Description of Technology: (200 words or less)

Type Description of Technology to be employed in the box on the right.

## Materials Required: (100 words or less)

Type materials in the box to the right

## Equipment Required: (100 words or less)

Type equipment in the box to the right

## Expertise Required / Expertise Offered: (100 words or less)

Type expertise in the box to the right

Your Idea, Alternative Response Technology or Proposed Solution will be reviewed and we will inform you of any further action should we require your support. Please understand that your solution may have already been proposed by another party or attempted.

*Horizon Form: Alternative Response Technology - Rev 1- May 07 2010 12:03*

EXHIBIT 7

# Holland & Bonzagni
### INTELLECTUAL PROPERTY ATTORNEYS

Warren L. Paré
66 View Street
Chicopee  MA  01020

Page: 1
03/06/2012
DOCKET NO.  12001-0007M
INVOICE/STATEMENT NO.:           1

**ATTORNEYS**
Donald S. Holland
Mary R. Bonzagni

**PARALEGALS**
Carl A. Mazza
Karen M. Rose

171 Dwight Road
Longmeadow, MA
01106-1700
PHONE 413.567.2076
FAX 413.567.2079
h-b@hblaw.org
www.hblaw.org

12001H.007

FOR LEGAL SERVICES RENDERED:

Met with Warren Paré on February 16, 2012 about his "Oil Rig
Emergency Cap" invention; listened to Mr. Paré's description
of two versions; discussed patentability; discussed costs v.
chances of success; and answered his questions.

| | |
|---|---:|
| CURRENT FEES | 250.00 |
| TOTAL CURRENT WORK | 250.00 |
| 02/17/2012   Thank you for your payment | -250.00 |
| BALANCE DUE WITHIN 30 DAYS | $0.00 |

**VISIT OUR WEBSITE AT:  www.hblaw.org**

**Terms net 30 days; 2% discount on CURRENT FEES ONLY
if paid within 10 days; 1-1/2% monthly finance charge
on any outstanding balance.**

Patents   Trademarks   Copyrights   Trade Secrets

Company History | About Us | Western MA



(http://meridianindustrialgroup.com/)

529 South East Street, Holyoke, MA 01040 • 413-538-9880

Precision Machining Solutions for our Valued Customers Throughout the U.S.

 

# Meridian Industrial Group



Meridian Industrial Group is a precision machining business focused on meeting our customers' needs for quality, delivery and competitive pricing. Since 1881, our 60,000 square feet of machining space has been servicing the commercial, aerospace and defense industries. With turning capabilities (http://meridianindustrialgroup.com/capabilities/turning/) up to 156" in diameter and milling capabilities (http://meridianindustrialgroup.com/capabilities/milling/) up to 90" tall and 240" long, we can effectively machine a wide array of solids, castings, forgings and fabrications. Our experienced staff is committed to complete customer satisfaction and a continuous effort to improve our performance. As a machining partner, we offer many value-added services such as project coordinating and machining consulting to ensure that our

customers' components are machined in a way that will deliver the highest quality at the most competitive price.

Located in the historic business district of Holyoke, Massachusetts, Meridian is in the original home of J&W Jolly, Inc. Founded in 1881; J&W Jolly was a foundry, blacksmith shop and machining facility all in one. The original foundry turned out 7 tons of cast iron a day and employed 200 workers. J&W specialized in the machining of components for water power generation and paper production.

In October of 1992, J&W Jolly was sold to Ron St Pierre and was renamed Central Massachusetts Machine, Inc. St. Pierre successfully turned Central Mass Machine into a precision machining company specializing in commercial fabrication and machining support, power generation machining, as well as aerospace and military machining.

On August 31st 2009 Ron St. Pierre sold Central Mass. Machine to CMMI Acquisition, LLC. Under the guidance of a new management team CMMI Acquisition began doing business as Central Massachusetts Machine (CMM).

In 2012 CMM made significant investments in new equipment and technology and the first steps were taken to introduce a lean initiative to our shop floor. Today this lean effort continues throughout the company with the implementation of principles such as 5S and Kaizen, matching a trend that exists among our customer base and throughout the industry. Additionally, in the fall of 2012, after receiving a training grant from the Massachusetts Workforce Training Fund, Central Massachusetts Machine was awarded AS9100 certification (http://meridianindustrialgroup.com/certifications/as9100/), the culmination of a yearlong training effort.

Following a successful 2013, in light of additional investments in new technology and equipment and a more diverse customer base, CMM rolled out its new name, Meridian Industrial Group (MIG). This transition was completed in January 2014. As MIG we'll continuously strive to improve our manufacturing processes and streamline our business practices in order to meet the demands of a more competitive manufacturing industry in 2014 and beyond.

# OUR TECHNOLOGY

At Meridian we combine heavy machinery with cutting edge technology to produce parts to exacting demands.

| |
|---|
| **LEARN MORE** (/ABOUTUS/FACILITIESLIST/) |

EXHIBIT 10

# OUR QUALITY

Our QA Department ensures that our policies and practices meet the highest industry standards.

| LEARN MORE (/ABOUTUS/CERTIFICATIONS/) |
| --- |

Home (http://meridianindustrialgroup.com) | Capabilities (http://meridianindustrialgroup.com/capabilities/) | About (http://meridianindustrialgroup.com/aboutus/) | Gallery (http://meridianindustrialgroup.com/gallery/) | Careers (http://meridianindustrialgroup.com/careers/) | Request Quote (http://meridianindustrialgroup.com/requestaquote/) | Contact (http://meridianindustrialgroup.com/contactus/)

## Meridian Industrial Group

529 South East Street
Holyoke, MA 01040

## Contact Us

Ph: 413-538-9880
Fax: 413-533-9602

## Social



Copyright © 2016 | Meridian Industrial Group

Login (/login.htm)

EXHIBIT 11

Ely Tool Springfield MA, 01104 – Manta.com

Page 1 of 6

# Ely Tool Inc (/c/mm20q5t/ely-tool-inc)

455 Cottage St
Springfield, MA 01104
Phone: 🔇 Show Number ()
Web: Young-Ely.com (/api/v1/urlverify/http%3A%2F%2FYoung-Ely.com)
Ad

**Precision Grinding 50 yrs** Centerless-Cylindrical-Threads Bars straightened and ground
www.minnesotagrinding.com

Ely Tool Inc is a privately held company in Springfield, MA and is a Unknown business.

| Own This Business? |
| --- |

Categorized under Tools and Accessories for Machine Tools. Our records show it was established in 1978 and incorporated in Massachusetts. Current estimates show this company has an annual revenue of $2.5 to 5 million and employs a staff of approximately 20 to 49.

## 📇 Contact *Is this your business? Claim This Profile*

**Ely Tool Inc**
Phone: (413) 732-2347
Web: Young-Ely.com (/api/v1/urlverify/http%3A%2F%2FYoung-Ely.com)

Name: **Edward Young, Owner**
Job Title: Owner

## 📍 Directions *Is this your business? Claim This Profile*

EXHIBIT  12

Ely Tool Springfield MA, 01104 – Manta.com                                Page 2 of 6

**Ely Tool Inc**
455 Cottage St
Springfield, MA 01104



(/cmap/mm20q5t/ely-tool-inc)

| Get Directions | (/cmap/mm20q5t/ely-tool-inc) |

## 👁 Online Visibility *New for Business Owners*

The Full Report for Ely Tool Inc is Now Available. Local online listings for Ely Tool Inc have ERRORS.

| | |
|---|---|
| **Sites Scanned** | 60+ |
| **Errors Found** | Unlock free report 🔒 |
| **Missing Info** | Unlock free report 🔒 |
| **Business Credit Score** | View Business Credit Score (/build/c/mm20q5t?seed=credit) 🔒 |

## ⚙ Detailed Information

**Location Type**        Unknown

| | |
|---|---|
| **Year Established** | 1978 |
| **Annual Revenue Estimate** | $2.5 to 5 million |
| **Employees** | 20 to 49 |
| **SIC Code** | 3545, Cutting Tools, Machine Tool Accessories, and Machinists' Precision Measuring Devices |
| **NAICS Code** | 33271002, Machine Shops |
| **Business Categories** | Tools and Accessories for Machine Tools in Springfield, MA (/mb_55_E6221094_999/tools_and_accessories_for_machine_tools/springfi Mfg Machine Tool Accessories |

## 🏛 Nearby

**MORE BUSINESSES LIKE THIS**

Dumont CO LLC (/c/mmb4pk8/dumont-co-llc)
Tools and Accessories for Machine Tools in Greenfield, MA

Tri-State Precision Inc (/c/mmb5cgx/tri-state-precision-inc)
Tools and Accessories for Machine Tools in Northfield, MA

HIMES MACHINERY (/c/mx2yvfx/himes-machinery)
Tools and Accessories for Machine Tools in North Andover, MA

Van-Wal Machine Inc (/c/mm21syt/van-wal-machine-inc)
Tools and Accessories for Machine Tools in Bellingham, MA

Giltron Inc (/c/mm7bgc7/giltron-inc)
Tools and Accessories for Machine Tools in Medfield, MA

EXHIBIT  14

Young International-Ely Tool Serving Aerospace Technologies with precision tooling and...   Page 1 of 1

HOME                    ABOUT US                    SERVICES                    CONTACT US

Young International-Ely Tool have been serving the aerospace industry with innovative machining solutions since 1978. We specialize in design engineering as well as creation and fabrication of high quality tooling for lifting devices, transportation carts, fixtures and gages.

Young International-ELY TOOL have the experience and expertise to design and engineer the proper mechanisms to deliver optimum production results. Young International-ELY TOOL is both a design and build manufacturing facility and can support clients who require high-end machining applications

Our production and design teams can offer close tolerance solutions for just about any industrial manufacturing situation.

Ranging in complexity, Young International-Ely Tool focuses on the engineering and design, as well as the precision manufacturing of workholding fixtures to assist in the production of parts. We strive to produce these fixtures in a time-efficient and cost-effective manner for our clients.

In order to ensure the proper performance of components, Young International-ELY Tool has the ability to produce a variety of gages and test equipment that check parts and confirm dimensional specifications and ensure the tightest tolerances are met.

Based on a client's specified functionalities and utilizing advanced design tools, Young International-Ely Tool can engineer, design and build custom lifting equipment that offers both practical and efficient solutions during the manufacturing process.

Our professional design teams can conceptualize, engineer and produce material handling equipment to your exact specifications. Whether it is for material lifts, testing, inspection or assemby,Young International-Ely tool can provide the solution you need.

© Copyright 2015 Young International-Ely Tool. All rights reserved.
Site developed by Great Point Media Design www.greatpointmediadesign.com

Springfield, MA Tool and Die Ely Tool, serving industry with precision maching and high tolerance tool applications. Engineering, design and build Aerospace tool and custom built fixtures, transport carts, lifting devices and work hold applications for aerospace manufacturing.

EXHIBIT   15

Steel-Fab Fitchburg MA, 01420 – Manta.com

Page 1 of 5

# Steel-Fab Inc (/c/mmc1h74/steel-fab-inc)

430 Crawford St
Fitchburg, MA 01420
Web: www.steel-fab-inc.com (/api/v1/urlverify/http%3A%2F%2Fwww.steel-fab-inc.com)
Ad



Custom Stainess Steel Precision CNC Punching O.E.M. Components, Full Assembly

www.eskaymetalfab.com



| 📞 (978) 345-1112 (tel:9783451112) |
| --- |

| 📍 Map (/cmap/mmc1h74/steel-fab-inc) | Own This Business? |
| --- | --- |

Steel-Fab Inc
A privately held company in Fitchburg, MA. *Is this your business? Claim This Profile*

**More Details for Steel-Fab Inc**
Categorized under Weldments. Our records show it was established in 1979 and incorporated in Massachusetts. Current estimates show this company has an annual revenue of $5 to 10 million and employs a staff of approximately 20 to 49.

**Company Contacts**
*Is this your business? Claim This Profile*



Mark Freeman, President (/cs/mmc1h74/steel-fab-inc?q=steel-fab+inc+Fitchburg+Massachusetts&cx=000513454314247386359%3Aarvxicegnim&cof=FORID%3A10&type=contacts)
President

Search for more contacts (/cs/mmc1h74/steel-fab-inc?q=steel-fab+inc+Fitchburg+Massachusetts&cx=000513454314247386359%3Aarvxicegnim&cof=FORID%3A10&type=contacts)

# Online Visibility Report

The Full Report for Steel-Fab Inc is Now Available. Local online listings for Steel-Fab Inc have ERRORS.

Sites Scanned    60+

Are you a small business owner?

○ Yes
○ No

Errors Found    Unlock free report 🔒

Missing Info    Unlock free report 🔒

Business Credit Score    View Business Credit Score (/build/c/mmc1h74?seed=credit) 🔒

Business Information

EXHIBIT 16

| | |
|---|---|
| **Location Type** | Unknown |
| **Year Established** | 1979 |
| **Annual Revenue Estimate** | $5 to 10 million |
| **Employees** | 20 to 49 |
| **SIC Code** | 3443, Fabricated Plate Work (Boiler Shops) |
| **NAICS Code** | 33231210, Fabricated Structural Metal Manufacturing |
| **Business Categories** | Weldments in Fitchburg, MA (/mb_55_E51BB7NG_91X/weldments/fitchburg_ma) Mfg Fabricated Plate Work Structural Metal Fabrication |
| **Business Phone** | (978) 345-1112 |

More Businesses Like This

Ken Weld CO (/c/mmb5650/ken-weld-co)
Weldments in Worcester, MA

Alloy Fabricators (/c/mm270xg/alloy-fabricators)
Weldments in Randolph, MA

Whitcraft Group (/c/mmb5cqq/whitcraft-group)
Weldments in Eastford, CT

Elite Precision Manufacturing Inc (/c/mrs8x42/elite-precision-manufacturing-inc)
Weldments in Meriden, CT

Vitta Corp (/c/mmfn06j/vitta-corp)
Weldments in Bethel, CT

Browse By City

Worcester, MA
Weldments (/mb_55_E51BB7NG_9BY/weldments/worcester_ma)                                1

Randolph, MA
Weldments (/mb_55_E51BB7NG_97G/weldments/randolph_ma)                                1

Are you a small business owner?                                                       ✕

○ Yes
○ No

[ Submit ]  [ Close ]

**Industry Links**

EXHIBIT 17



HYDROWORLD.com

HYDRO REVIEW



Steel-Fab advertisements, as seen in Hydro Review and on HydroWorld.com

Steel-Fab is proud to be a member of NHA, the National Hydropower Association. NHA is a nonprofit national association dedicated to promoting the growth of clean, affordable U.S. hydropower.

Hydro Review is the only hydro industry magazine devoted completely to North America. Each issue has an average readership of over 50,000, and 95% of all readers are actively involved in decisions about hydro.

HydroWorld.com is the comprehensive website for the global hydro community, with over 30,000 opt-in subscribers each week, over 160,000 monthly page views, and content updated daily.